### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DARRELL JONES, et al.,** : | |
| Plaintiffs, : | |
| v. : | CIVIL NO. 09-03128 |
| : | |
| **WENDELL N. BUTLER, JR., et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 11th day of August 2009, upon consideration of the Defendants' Motion to Dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) [Doc. No. 6], and Plaintiffs' Response in opposition [Doc. No. 7], as well as oral argument held thereon, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, this matter is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**